IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02211-REB-CBS

KRISTIN OLSEN, and
JERRY WORK,

      Plaintiff,

v.

SAFEWAY INC., a Delaware corporation, and
JIM STEIN, individually,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Amend Answer *(doc. # 17)* is GRANTED.  Defendants' First Amended Answer *(doc no. 18)*, tendered to the court on October 21, 2009, is accepted for filing as of the date of this order.

**DATED:**      October 27, 2009