**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02211-REB-CBS

KRISTIN OLSEN, and
JERRY WORK,

      Plaintiffs,

v.

SAFEWAY INC., a Delaware corporation, and
JIM STEIN, individually,

      Defendants.

---

## ORDER OF DISMISSAL OF DEFENDANT JIM STEIN

---

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice of Defendant Jim Stein** [#26], filed December 24, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal with Prejudice of Defendant Jim Stein** [#26], filed December 24, 2009, is **APPROVED**;

2.  That the complaint and action with respect to all claims asserted against Jim Stein in Civil Action No. 09-cv-02211-REB-CBS, including all claims that are, or could have been, brought by Plaintiffs against Jim Stein, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ.P. Rule 41(a)(1); and

3.  That the parties will bear their own costs and attorney fees respectively in connection with the dismissal of Jim Stein.

Dated December 30, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge