**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02211-REB-CBS

KRISTIN OLSEN, and
JERRY WORK,

    Plaintiffs,

v.

SAFEWAY INC., a Delaware corporation, and
JIM STEIN, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#42] filed April 23, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#42] filed April 23, 2010, is **APPROVED**;

    2.  That the Trial Preparation Conference set for September 17, 2010, is **VACATED**;

    3.  That the jury trial set to commence October 4, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 26, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge